WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-00520-001-PHX-DJH |
| Plaintiff, | |
| v. | **ORDER OF DETENTION** |
| Charles Jacob Forester, | |
| Defendant. | |

A detention hearing and a preliminary revocation hearing on the Petition on Probation were held on October 16, 2019.

The Court Finds that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

The Court Further Finds that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 17th day of October, 2019.

Honorable John Z. Boyle
United States Magistrate Judge